**IN THE UNITED STATES DISTRICT COURT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| **v.** | : | **CASE NO. ELH 13-0151** |
| | : | |
| **TAVON WHITE** | : | |
| | : | |
| **Defendant** | : | |

<u>**MOTION TO POSTPONE SENTENCING IN THIS MATTER**</u>

COMES NOW the Defendant by and through his attorney, Gary E. Proctor, and respectfully requests that this Honorable Court sign the attached Order, and in support of his motion, states as follows:

1. Sentencing in this Matter is currently scheduled for February 20, 2014.

2. At the guilty plea in this matter, counsel informed the Court that he would be requesting that the Court appoint a Clinical Social Worker to Mr. White's case, and to work up a psycho-social history.

3. While counsel has moved with all appropriate haste, and due diligence, he has yet to complete his mitigation investigation. Records that were ordered in an expeditious fashion have not arrived yet. Further: Mr. White's incarceration far from Baltimore has made speaking with him problematic. While the jail claims to have video conferencing available, counsel is 0 for 5 in trying to take advantage of it.

4. Mr. White is serving a twenty (20) year state sentence, so there is no prejudice to him in sentencing in this matter being postponed so that counsel can

complete his mitigation presentation for the Court.

5.   The undersigned has discussed the filing of this motion with Assistant United States Attorney Robert Harding.   Mr. Harding has authorized counsel to state that he has no objection.   Accordingly, this Motion is unopposed.

WHEREFORE, the Defendant prays this Honorable Court sign the attached Proposed Order.

Respectfully Submitted,


_____/s/_____

Gary E. Proctor

Bar Roll Number 27936

Law Offices of Gary E. Proctor, LLC

8 E. Mulberry Street

Baltimore, Maryland 21202

Tel:   410.444.1500

Fax:   866.230.4455

## CERTIFICATE OF SERVICE

I hereby certify that on this day, February 10, 2014, a copy of the attached was served on all parties via ECF.

_____/s/_____

Gary E. Proctor