**IN THE UNITED STATES DISTRICT COURT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES** | **:** | |
| | **:** | |
| **v.** | **:** | **CASE NO. ELH 13-0151** |
| | **:** | |
| **TAVON WHITE** | **:** | |
| | **:** | |
| **Defendant** | **:** | |

**ORDER**

**PREMISES CONSIDERED:**

It is **ORDERED** that the sentencing in this matter, currently scheduled for February 20, 2014 is hereby postponed.  Counsel for the Defendant and the Government are instructed to promptly contact Chambers and reset this matter for sentencing.

_____

JUDGE

Date:_____