

*Ayn B. Ducao*
*Assistant United States Attorney*
*Ayn.Ducao@usdoj.gov*

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Suite 400*  *DIRECT: 410-209-4819*
*36 S. Charles Street*  *MAIN: 410-209-4800*
*Baltimore, MD 21201-3119*  *FAX: 410-962-3091*

February 14, 2014

The Honorable Ellen L. Hollander
United States District Court
101 W. Lombard Street
Baltimore, MD  21201

          Re:   United States v. Tavon White et al,
               <u>Criminal No. ELH-13-0151</u>

Dear Judge Hollander:

      We are writing to report on the status of discovery in the above-captioned case. Much of the discovery has been provided to counsel to date. This includes the "raw data" of wiretapped calls and text messages, as well as the searchable database, with instructions, containing the wiretapped calls and text messages. However, the Government anticipates making a further round of discovery productions next week and anticipates completing discovery production by the end of March 2014.

                        Respectfully submitted,

                        Rod J. Rosenstein
                        United States Attorney

                    By:____/s/_____
                        Robert R. Harding
                        Ayn Ducao
                        United States Attorneys

cc:      all counsel of record (via ECF filing)