FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 DEC 30   AM 10: 45

CLERK'S OFFICE
AT BALTIMORE

BY_____KR_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

UNITED STATES OF AMERICA       *

    v.                         *       Criminal Action No.: 13-0151-JFM

TAVON WHITE, et al.,           *

    Defendants.                *

WILLIAM C. BOND,               *

    Movant-Intervenor *pro se*.   *

   *    *    *    *    *    *    *    *    *

## MOTION TO INTERVENE, TO RECUSE, AND TO NOTIFY DEFENDANTS OF THEIR 'ATTORNEY INQUIRY' RIGHTS

Comes now Movant-Intervenor *pro se*, William C. Bond, under the constitution and any other

applicable rules and/or laws and states:

## INTRODUCTION

1. Movant is a member of the public. Movant is also the owner of "Baltimore Corruption Wire,"

a Maryland public policy initiative with many followers, which focuses on attorney and judicial

ethics and misconduct

2. This case has attracted widespread media attention for some time, both locally and nationally.

3. Movant brings this action for the limited purpose of making sure that all the defendants are fully informed that there are serious allegations that their constitutional rights to a fair trial and an unbiased judge are being violated in this case, that their attorneys may not have informed them as to all the matters relevant to their civil rights in this case, and that some defendants are actually being represented by attorneys who owe an actual debt to the trial judge in this case.

**ARGUMENT**

4. Specifically, the trial judge in this case is the subject of a November 28, 2014 criminal and ethical complaint to both Maryland U.S. senators and to U.S. DOJ regarding long-standing and systemic matters concerning judicial corruption perpetrated over a long period of time.[1]

5. In fact, it has been alleged that the trial judge in this case personally interfered with the nomination and appointment of fellow Maryland U.S. Judge James K. Bredar in both 1998 and in 2010. These alleged acts are violations of the U.S. Courts 'Code of Conduct for U.S. Judges,' which are mandatory.[2]

6. It is clear that by interfering with the nominations and appointments of Judge Bredar, the trial judge in this case violated U.S. Judicial Canons 2B & 5C, which prohibit 'outside influence' and 'political activity.'

---

[1] This complaint may be read at: https://www.scribd.com/doc/248823578/Wm-C-Bond-Criminal-Judicial-Complaint-to-Sen-Mikulski-Sen-Cardin-DOJ

[2] Please see: http://www.uscourts.gov/RulesAndPolicies/CodesOfConduct.aspx

7. Further, the U.S. Courts even has a published 'Code of Conduct' 'Published Advisory Opinion' at No. 59 titled "Providing Evaluation of Judicial Candidate to Screening or Appointing Authority," which specifically speaks about how what the trial judge in this case has been alleged to have done is forbidden.

> "... Canon 2B of the Code of Conduct for United States Judges advises judges against lending the prestige of judicial office to advance the private interests of others and against conveying the impression that others are in a special position to influence the judge. A judge would likely act contrary to Canon 2B if he or she were to initiate communications with an appointing authority for the purpose of seeking, as a favor, the appointment of the judge's friend or acquaintance. Making such a request might also transgress Canon 5C and its proscriptions against engaging in political activity...."[3]

8. This alleged conduct, if proved true, requires either resignation or impeachment of the trial judge, who clearly is not judicially fit to be, nor remain, the trial judge in this case.

9. But, that is not where the analysis in this action must stop.

10. It could also easily be inferred from the above allegations that the trial judge in this case has also systemically, over a long period of time, corrupted the independence of the Office of the Maryland Federal Public Defender by interfering in the nomination of his predecessor, Judge Bredar, to U.S. judgeship.

---

[3] Please see, again: http://www.uscourts.gov/RulesAndPolicies/CodesOfConduct.aspx

3

11. There is also evidence that the trial judge in this case has also systemically, over a long

period of time, corrupted the CJA process by protecting high-level attorneys from ethical

scrutiny, such as he did in the 2009 'Bromwell' attorney disqualification action.

> "… While the government may no longer be concerned about the
> unsealing of certain documents, this court is. The documents refer
> to allegations made by a convicted felon that certain third parties
> committed criminal conduct. As just stated, the government
> apparently investigated the allegations and it was unsubstantiated
> (or at least sufficiently unsubstantiated that the government has
> chosen to bring no criminal charges in connection with it). **Unless
> otherwise ordered to do so, this court will not permit itself to
> be a medium through which unsubstantiated allegations of
> wrongdoing made by a convicted felon would be publicized,
> causing irreparable damage to the reputations of third parties
> who are the subject of the allegations**…." (Footnote omitted.
> Emphasis added.)[4]

12. For the public's information, some of the third parties (i.e., attorneys) in the 'Bromwell' case

directly included an attorney in this very case, Joshua R. Treem, and also indirectly an attorney

in this very case, Richard B. Bardos, who is employed by Mr. Treem's former law firm.[5]

13. Clearly, in the 'Bromwell' case, the trial judge saved Mr. Treem's former law firm, and some

of its attorneys, from possible ethical sanction, possible disbarment, and likely severe financial

repercussion – all based on his unwillingness to follow the clear U.S. Supreme Court and U.S.

---

[4] Please see: U.S. District Court for the District of Maryland case no.: 05-0358-JFM,
docket entry no. 221, page 2.
   [5] Mr. Bardos still uses the name, address, and email address of his old law firm on this
court's docket despite the fact that in 2012 his law firm changed its name to Schulman,
Hershfield & Gilden, P.A. and moved locations.

Fourth Circuit precedent that court filings are open to the public, and, further, refused to consider and discuss in any way the merits of the testimony from a convicted felon.

14. Ironically, the defendants in this very case are being subjected to an outrageous double standard where the testimony of a convicted felon and/or convicted felons is the very, and only, basis of the government's case.

15. Clearly, though, Mr. Treem and Mr. Bardos received a direct and/or indirect favor from the trial judge in the 'Bromwell' case in 2009 and forward – a matter that has been highly publicized and much contested over many years. It would therefore seem clear that they have a gross conflict of interest to appear as counsel before the trial judge in this case, as they may be unwilling, consciously or not, to fully represent the interests of their clients because of their alleged debt to the trial judge.

## SUMMARY

16. There appears to be evidence of an illegal *quid pro quo* (Latin: something for something) amongst the Maryland federal judiciary – directed by the trial judge in this very case, the Maryland Federal Public Defender's Office/CJA/high-level attorneys, and with the Maryland U.S. Attorney's Office, who is selectively prosecuting some alleged racketeering while ignoring other alleged racketeering conspiracies.

## RELIEF REQUESTED

17. The trial judge in this case is requested to answer in full the allegations of judicial misconduct regarding the two nominations and appointments of Judge Bredar to the Maryland U.S. Court and/or recuse immediately from this case.

18. The court should also hold 'attorney inquiry hearings' for each defendant in this case, even if they have a plea agreement in place and/or have already pled guilty, to make sure their constitutional rights have not been violated.[6]

WHEREFORE, for the aforementioned reasons, movant prays the court grants the requested relief expeditiously.

Respectfully submitted,


WILLIAM C. BOND
*Pro Se*
P.O. Box 4823
Baltimore, Maryland 21211
(443) 970-2887
proselitigator@aol.com


## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on the 30th day of December 2014, copies of Movant's **MOTION TO INTERVENE, TO RECUSE, AND TO NOTIFY DEFENDANTS OF THEIR 'ATTORNEY INQUIRY' RIGHTS** were served by U.S. Mail, postage prepaid, and/or by Email to:

---
   [6] Movant can only speculate that the total number of U.S. citizens who are subject to this action is approximately forty-four (44) persons, as there may be others who have secret plea deals and/or arrangements with the government.

6

**ROBERT R. HARDING**
Office of the U.S. Attorney
36 S. Charles St., 4th Fl.
Baltimore, Maryland 21201
Email: robert.harding@usdoj.gov

**AYN B. DUCAO**
Office of the U.S. Attorney
36 S. Charles St., 4th Fl.
Baltimore, Maryland 21201
Email: ayn.ducao@usdoj.gov

**GARY EDWARD PROCTOR**
Law Offices of Gary E. Proctor LLC
Eight E. Mulberry St.
Baltimore, MD 21202
Email: garyeproctor@gmail.com

**CHRISTOPHER JOHN PURPURA**
Law Office of William Purpura
Eight E. Mulberry St.
Baltimore, MD 21202
Email: cjpurpura@hotmail.com

**HARRY J. TRAINOR, Jr.**
Trainor, Billman, Bennett, and Milko LLP
116 Cathedral St., Ste. E
Annapolis, MD 21401
Email: htrain@prodigy.net

**IVAN J. BATES**
Bates and Garcia
The Equitable Building
10 N. Calvert St., Ste. 214
Baltimore, MD 21202
Email: ivan@batesgarcia.com

**A. EDUARDO BALAREZO**
Balarezo Law
400 Fifth St., NW
Suite 300
Washington, DC 20001
Email: filings@balarezolaw.com

**JOSEPH MURTHA**
Murtha, Psoras, and Lanasa LLC
Heaver Plaza, Ste. 200
1301 York Rd.
Lutherville, MD 21093
Email: jmurtha@mpllawyers.com

**WILLIAM C. BRENNAN, Jr.**
Brennan McKenna Manzi Shay, Chartered
6305 Ivy Lane, Suite 700
Greenbelt, MD 20770
Email: wbrennan@bsm-legal.com

**WILLIAM ARNOLD MITCHELL, Jr.**
Brennan McKenna Manzi Shay Levan,
Chartered
6305 Ivy Lane, Suite 700
Greenbelt, MD 20770
Email: wmitchell@bsm-legal.com

**MARC GREGORY HALL**
Law Office of Marc G. Hall, P.C.
200 A Monroe St., Ste. 310
Rockville, MD 20850
Email: mghlaw@mac.com

**CHARLES NEILSON CURLETT, Jr.**
Levin and Curlett LLC
201 N Charles St., Ste. 2000
Baltimore, MD 21201
Email: ccurlett@levincurlett.com

**JONATHAN BIRAN**
Biran Kelly LLC
201 N. Charles St., Ste. 2001
Baltimore, MD 21201
Email: jbiran@birankelly.com

**PETER L. GOLDMAN**
O'Reilly and Mark PC
526 King St., Ste. 213
Alexandria, VA 22314
Email: pgoldman@oreillymark.com

7

**CHRISTOPHER MICHAEL DAVIS**
Davis and Davis
1350 Connecticut Ave., NW, Ste. 202
Washington, DC 20036
Email: cdavisdc@aol.com

**MIRRIAM Z. SEDDIQ**
Law Office of Mirriam Z. Seddiq
7829 Belle Point Drive
Greenbelt, MD 20770
Email: mirriam.seddiq@gmail.com

**EREK LAWRENCE BARRON**
Whiteford Taylor and Preston LLP
7501 Wisconsin Ave., Ste. 700W
Bethesda, MD 20814
Email: ebarron@wtplaw.com

**ROBERT HENRY WALDMAN**
Robert H. Waldman, Attorney At Law
113 Ridgely Ave.
Annapolis, MD 21401
Email: rhwaldman@rhwaldman.com

**C. JUSTIN BROWN**
Law Office of C. Justin Brown LLC
231 E. Baltimore St., Ste. 1102
Baltimore, MD 21202
Email: brown@cjbrownlaw.com

**GARLAND MONTGOMERY SANDERSON**
Law Offices of Garland M. Sanderson
711 Saint Paul St.
Baltimore, MD 21202
Email: garlandsanderson@gmail.com

**GERALD C. RUTER**
Law Office of Gerald C. Ruter PC
8601 LaSalle Road, Suite 102
Towson, MD 21286
Email: gruter.law@comcast.net

**ANDREW R. SZEKELY**
Law Offices of Andrew R. Szekely LLC

7501 Greenway Center Dr., Ste. 460
Greenbelt, MD 20770
Email: andrew@aszekelylaw.com

**MICHAEL DAVID DEMARTIN**
Law Office of Michael DeMartin LLC
606 Baltimore Avenue, Suite 301
Towson, MD 21204
Email: mdemar4757@msn.com

**DWIGHT E. CRAWLEY**
Law Office of Dwight E. Crawley
601 Pennsylvania Avenue, NW
South Building, Suite 900
Washington, DC 20004
Email: vadclawyer@gmail.com

**M. SCOTLAND MORRIS**
13482 Villadest Drive
Highland, MD 20777
Email: mscotlandmorris@verizon.net

**ALAN R. L. BUSSARD**
Law Office of Alan R. L. Bussard
101 East Chesapeake Avenue
Suite 200
Towson, MD 21286
Email: alan.bussard@bussardlaw.com

**RICHARD B. BARDOS**
Schulman Treem Kaminkow and Gilden PA
401 E. Pratt St., Ste. 1800
Baltimore, MD 21202
Email: rbardos@schulmantreem.com

**JEFFREY EARL RISBERG**
Risberglaw
1719 Falls Rd
Parkton, MD 21120
Email: jeff@risberglaw.com

**ANTHONY DOUGLAS MARTIN**
Anthony D. Martin PC
7501 Greenway Center Dr., Ste. 460

Greenbelt, MD 20770
Email: admartinesq@aol.com

**KEVIN JESSE MCCANTS**
The McCants Firm
601 Pennsylvania Ave., NW, Ste. 900
Washington, DC 20004
Email: kevin@themccantsfirm.com

**JENNIFER L. MAYER**
Houlon, Berman, Finci, Levenstein and Skok
7850 Walker Drive, Ste. 160
Greenbelt, MD 20770
Email: jmayer@houlonberman.com

**JOHN G. SAKELLARIS**
Law Office of John G. Sakellaris
401 E. Pratt St., Ste. 1622
Baltimore, MD 21202
Email: jsak@jgsakellarislaw.com

**RICHARD C. B. WOODS**
Kaminkow and Woods PA
10 South St., Ste. 400
Baltimore, MD 21202
Email: rwoods@kaminkow-woods.com

**JOSEPH JOHN GIGLIOTTI**
Joseph J. Gigliotti, Attorney and Counselor
At Law
5707 East West Hwy.
Riverdale, MD 20737
Email: gigliottilaw@gmail.com

**NICHOLAS J. VITEK**
Vitek Law LLC
111 South Calvert Street
Suite 2700
Baltimore, MD 21202
Email: vitek@viteklaw.com

**DAVID R. SOLOMON**
Glaser and Solomon LLC
201 N. Charles St., Ste. 1717

Baltimore, MD 21201
Email: drsolomon2@aol.com

**JOSHUA R. TREEM**
Brown Goldstein Levy LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Email: jtreem@browngold.com

**EMILY LANGE LEVENSON**
Brown, Goldstein & Levy LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Email: elevenson@browngold.com

**MATTHEW GARDNER KAISER**
Kaiser, LeGrand & Dillon PLLC
1400 I Street, NW, Suite 525
Washington, DC 20005
Email: mkaiser@kaiserlegrand.com

**REBECCA S. LEGRAND**
The Kaiser Law Firm PLLC
1400 I Street, NW, Suite 525
Washington, DC 20005
Email: rlegrand@tklf.com

**PAUL R. KRAMER**
Paul R. Kramer LLC
One N. Charles St., Ste. 1104
Baltimore, MD 21201
Email: paulkramer11@aol.com

**CARMEN D. HERNANDEZ**
Law Offices of Carmen Hernandez
7166 Mink Hollow Rd.
Highland, MD 20777
Email: chernan7@aol.com

**JONATHAN PAUL VAN HOVEN**
Law Office of Jonathan Van Hoven
One N. Charles St., Ste. 1215
Baltimore, MD 21201
Email: jon@vanhovenlaw.com

9

**PAT M. WOODWARD**
Pat M. Woodward, Esq., Counselor At Law
1783 Forest Dr., Ste. 330
Annapolis, MD 21401
Email: pwoodward@woodwardlawgroup.com

**MICHAEL D. MONTEMARANO**
Michael D. Montemarano PA
10630 Little Patuxent Parkway, Ste. 146
Columbia, MD 21044
Email: montemarano67@gmail.com

**DAVID W. FISCHER**
Fischer and Putzi PA
Empire Towers, Ste. 300
7310 Ritchie Hwy
Glen Burnie, MD 21061
Email: fischerandputzi@hotmail.com

**ANTON J. S. KEATING**
Law Office of Anton J. S. Keating
106 W. Madison St.
Baltimore, MD 21201
Email: antonkeating@mindspring.com

**EDWARD CHARLES SUSSMAN**
Law Office of Edward C. Sussman
South Bldg., Ste. 900
601 Pennsylvania Ave., NW
Washington, DC 20004
Email: edwardsussman@yahoo.com

**RYAN L. BURKE**
Burke/Jaskot/Williamson
1818 Eastern Avenue - First Floor
Baltimore, MD 21231
Email: ryan@bjwlegal.com

WILLIAM C. BOND