

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal Action No.: 13-0151-JFM |
| TAVON WHITE, et al., | * | |
| Defendants. | * | |
| WILLIAM C. BOND, | * | |
| Movant-Intervenor *pro se*. | * | |

\* \* \* \* \* \* \* \* \*

## MOTION TO INTERVENE, TO RECUSE, AND TO NOTIFY DEFENDANTS OF THEIR 'ATTORNEY INQUIRY' RIGHTS

Comes now Movant-Intervenor *pro se*, William C. Bond, under the constitution and any other applicable rules and/or laws and states:

### INTRODUCTION

1. Movant is a member of the public. Movant is also the owner of "Baltimore Corruption Wire," a Maryland public policy initiative with many followers, which focuses on attorney and judicial ethics and misconduct

2. This case has attracted widespread media attention for some time, both locally and nationally.