FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 JAN -8  PM 12:51

CLERK'S OFFICE
IN THE UNITED STATES DISTRICT COURT BALTIMORE
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION         BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal Action No.: 13-0151-JFM |
| TAVON WHITE, et al., | * | |
| Defendants. | * | |
| WILLIAM C. BOND, | * | |
| Movant-Intervenor *pro se*. | * | |

\* \* \* \* \* \* \* \* \*

### MOTION TO RECONSIDER ORDER (DOCKET NO.: 1292) DENYING MOTION TO INTERVENE, TO RECUSE, AND TO NOTIFY DEFENDANTS OF THEIR 'ATTORNEY INQUIRY' RIGHTS WITH AFFIDAVIT BY WILLIAM C. BOND

Comes now Movant-Intervenor *pro se*, William C. Bond, under the constitution and any other applicable rules and/or laws and states:

1. Certainly, just as at a wedding, when the minister asks the assembled whether anyone has any objections as to why the betrothed couple should not be joined in holy matrimony, a member of the public certainly has the right to object to obvious constitutional violations in a public trial in which the actual defendants may be unaware of prejudice against their rights.

2. The information alleging that the trial judge in this case violated the U.S. Courts 'Code of

Conduct for U.S. Judges' Judicial Cannons in regard to the two nominations of Judge Bredar to the federal bench is well-known folklore amongst the Maryland federal bar. In fact, to most, it is common knowledge.

3. The other constitutional violations against the defendants complained of by movant in this case spring from those alleged poisoned acts.

4. This movant has personally interviewed several high-level attorneys in regard to the alleged ethical violations committed by the trial judge in this case in regard to the nominations of Judge Bredar and believes that he brings these allegations in good faith.

5. Therefore, it simply is not acceptable for this court to ignore serious allegations that every single federal attorney in Baltimore, or almost every single federal attorney in Baltimore, believes to be the literal truth.

6. This court must explain, in detail, if and why these allegations are false, or, in the alternative, recuse immediately from this case.

WHEREFORE, for the aforementioned reasons, movant prays the court grants the requested relief expeditiously.

Respectfully submitted,

[signature]

WILLIAM C. BOND
*Pro Se*
P.O. Box 4823
Baltimore, Maryland 21211
(443) 970-2887
proselitigator@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of January 2014, copies of Movant's **MOTION TO RECONSIDER ORDER (DOCKET NO.: 1292) DENYING MOTION TO INTERVENE, TO RECUSE, AND TO NOTIFY DEFENDANTS OF THEIR 'ATTORNEY INQUIRY' RIGHTS WITH AFFIDAVIT BY WILLIAM C. BOND** were served by U.S. Mail, postage prepaid, and/or by Email to:

**ROBERT R. HARDING**
Office of the U.S. Attorney
36 S. Charles St., 4th Fl.
Baltimore, Maryland 21201
Email: robert.harding@usdoj.gov

**AYN B. DUCAO**
Office of the U.S. Attorney
36 S. Charles St., 4th Fl.
Baltimore, Maryland 21201
Email: ayn.ducao@usdoj.gov

**GARY EDWARD PROCTOR**
Law Offices of Gary E. Proctor LLC
Eight E. Mulberry St.
Baltimore, MD 21202
Email: garyeproctor@gmail.com

**CHRISTOPHER JOHN PURPURA**
Law Office of William Purpura
Eight E. Mulberry St.
Baltimore, MD 21202
Email: cjpurpura@hotmail.com

**HARRY J. TRAINOR, Jr.**
Trainor, Billman, Bennett, and Milko LLP
116 Cathedral St., Ste. E
Annapolis, MD 21401
Email: htrain@prodigy.net

**IVAN J. BATES**
Bates and Garcia
The Equitable Building
10 N. Calvert St., Ste. 214
Baltimore, MD 21202
Email: ivan@batesgarcia.com

**A. EDUARDO BALAREZO**
Balarezo Law
400 Fifth St., NW
Suite 300
Washington, DC 20001
Email: filings@balarezolaw.com

**JOSEPH MURTHA**
Murtha, Psoras, and Lanasa LLC
Heaver Plaza, Ste. 200
1301 York Rd.

Lutherville, MD 21093
Email: jmurtha@mpllawyers.com

**WILLIAM C. BRENNAN, Jr.**
Brennan McKenna Manzi Shay, Chartered
6305 Ivy Lane, Suite 700
Greenbelt, MD 20770
Email: wbrennan@bsm-legal.com

**WILLIAM ARNOLD MITCHELL, Jr.**
Brennan McKenna Manzi Shay Levan, Chartered
6305 Ivy Lane, Suite 700
Greenbelt, MD 20770
Email: wmitchell@bsm-legal.com

**MARC GREGORY HALL**
Law Office of Marc G. Hall, P.C.
200 A Monroe St., Ste. 310 Rockville, MD 20850
Email: mghlaw@mac.com

**CHARLES NEILSON CURLETT, Jr.**
Levin and Curlett LLC
201 N Charles St., Ste. 2000
Baltimore, MD 21201
Email: ccurlett@levincurlett.com

**JONATHAN BIRAN**
Biran Kelly LLC
201 N. Charles St., Ste. 2001
Baltimore, MD 21201
Email: jbiran@birankelly.com

**PETER L. GOLDMAN**
O'Reilly and Mark PC
526 King St., Ste. 213
Alexandria, VA 22314
Email: pgoldman@oreillymark.com

**CHRISTOPHER MICHAEL DAVIS**
Davis and Davis
1350 Connecticut Ave., NW, Ste. 202
Washington, DC 20036
Email: cdavisdc@aol.com

**MIRRIAM Z. SEDDIQ**
Law Office of Mirriam Z. Seddiq
7829 Belle Point Drive
Greenbelt, MD 20770
Email: mirriam.seddiq@gmail.com

**EREK LAWRENCE BARRON**
Whiteford Taylor and Preston LLP
7501 Wisconsin Ave., Ste. 700W
Bethesda, MD 20814
Email: ebarron@wtplaw.com

**ROBERT HENRY WALDMAN**
Robert H. Waldman, Attorney At Law
113 Ridgely Ave.
Annapolis, MD 21401
Email: rhwaldman@rhwaldman.com

**C. JUSTIN BROWN**
Law Office of C. Justin Brown LLC
231 E. Baltimore St., Ste. 1102
Baltimore, MD 21202
Email: brown@cjbrownlaw.com

**GARLAND MONTGOMERY SANDERSON**
Law Offices of Garland M. Sanderson
711 Saint Paul St.
Baltimore, MD 21202
Email: garlandsanderson@gmail.com

**GERALD C. RUTER**
Law Office of Gerald C. Ruter PC
8601 LaSalle Road, Suite 102
Towson, MD 21286
Email: gruter.law@comcast.net

**ANDREW R. SZEKELY**
Law Offices of Andrew R. Szekely LLC
7501 Greenway Center Dr., Ste. 460

4

Greenbelt, MD 20770
Email: andrew@aszekelylaw.com

**MICHAEL DAVID DEMARTIN**
Law Office of Michael DeMartin LLC
606 Baltimore Avenue, Suite 301
Towson, MD 21204
Email: mdemar4757@msn.com

**DWIGHT E. CRAWLEY**
Law Office of Dwight E. Crawley
601 Pennsylvania Avenue, NW
South Building, Suite 900
Washington, DC 20004
Email: vadclawyer@gmail.com

**ALAN R. L. BUSSARD**
Law Office of Alan R. L. Bussard
101 East Chesapeake Avenue Suite 200
Towson, MD 21286
Email: alan.bussard@bussardlaw.com

**RICHARD B. BARDOS**
Schulman Treem Kaminkow and Gilden PA
401 E. Pratt St., Ste. 1800
Baltimore, MD 21202
Email: rbardos@schulmantreem.com

**JEFFREY EARL RISBERG**
Risberglaw
1719 Falls Rd
Parkton, MD 21120
Email: jeff@risberglaw.com

**ANTHONY DOUGLAS MARTIN**
Anthony D. Martin PC
7501 Greenway Center Dr., Ste. 460
Greenbelt, MD 20770
Email: admartinesq@aol.com

**KEVIN JESSE MCCANTS**
The McCants Firm
601 Pennsylvania Ave., NW, Ste. 900
Washington, DC 20004
Email: kevin@themccantsfirm.com

**JENNIFER L. MAYER**
Houlon, Berman, Finci, Levenstein and Skok
7850 Walker Drive, Ste. 160
Greenbelt, MD 20770
Email: jmayer@houlonberman.com

**JOHN G. SAKELLARIS**
Law Office of John G. Sakellaris
401 E. Pratt St., Ste. 1622
Baltimore, MD 21202
Email: jsak@jgsakellarislaw.com

**RICHARD C. B. WOODS**
Kaminkow and Woods PA
10 South St., Ste. 400
Baltimore, MD 21202
Email: rwoods@kaminkow-woods.com

**JOSEPH JOHN GIGLIOTTI**
Attorney and Counselor At Law
5707 East West Hwy.
Riverdale, MD 20737
Email: gigliottilaw@gmail.com

**NICHOLAS J. VITEK**
Vitek Law LLC
111 South Calvert Street
Suite 2700
Baltimore, MD 21202
Email: vitek@viteklaw.com

**DAVID R. SOLOMON**
Glaser and Solomon LLC
201 N. Charles St., Ste. 1717
Baltimore, MD 21201
Email: drsolomon2@aol.com

**JOSHUA R. TREEM**
Brown Goldstein Levy LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202

Email: jtreem@browngold.com

**EMILY LANGE LEVENSON**
Brown, Goldstein & Levy LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Email: elevenson@browngold.com

**MATTHEW GARDNER KAISER**
Kaiser, LeGrand & Dillon PLLC
1400 I Street, NW, Suite 525
Washington, DC 20005
Email: mkaiser@kaiserlegrand.com

**REBECCA S. LEGRAND**
The Kaiser Law Firm PLLC
1400 I Street, NW, Suite 525 Washington, DC 20005
Email: rlegrand@tklf.com

**PAUL R. KRAMER**
Paul R. Kramer LLC
One N. Charles St., Ste. 1104
Baltimore, MD 21201
Email: paulkramer11@aol.com

**CARMEN D. HERNANDEZ**
Law Offices of Carmen Hernandez
7166 Mink Hollow Rd.
Highland, MD 20777
Email: chernan7@aol.com

**JONATHAN PAUL VAN HOVEN**
Law Office of Jonathan Van Hoven
One N. Charles St., Ste. 1215
Baltimore, MD 21201
Email: jon@vanhovenlaw.com

**PAT M. WOODWARD**
Pat M. Woodward, Esq., Counselor At Law
1783 Forest Dr., Ste. 330
Annapolis, MD 21401
Email: pwoodward@woodwardlawgroup.com

**MICHAEL D. MONTEMARANO**
Michael D. Montemarano PA
10630 Little Patuxent Parkway, Ste. 146
Columbia, MD 21044
Email: montemarano67@gmail.com

**DAVID W. FISCHER**
Fischer and Putzi PA
Empire Towers, Ste. 300
7310 Ritchie Hwy
Glen Burnie, MD 21061
Email: fischerandputzi@hotmail.com

**ANTON J. S. KEATING**
Law Office of Anton J. S. Keating
106 W. Madison St.
Baltimore, MD 21201
Email: antonkeating@mindspring.com

**EDWARD CHARLES SUSSMAN**
Law Office of Edward C. Sussman
South Bldg., Ste. 900
601 Pennsylvania Ave., NW
Washington, DC 20004
Email: edwardsussman@yahoo.com

**RYAN L. BURKE**
Burke/Jaskot/Williamson
1818 Eastern Avenue - First Floor
Baltimore, MD 21231
Email: ryan@bjwlegal.com

_____
WILLIAM C. BOND

## AFFIDAVIT OF WILLIAM C. BOND

1. My name is William C. Bond. My address is P.O. Box 4823, Baltimore, Maryland 21211. I am over 21 years of age. I am competent to testify. I have personal knowledge of the matters set forth herein.

2. I have personally interviewed several Maryland attorneys who are members of the federal bar in regard to the alleged ethical violations committed by U.S. Judge J. Frederick Motz in regard to the two (2) nominations of U.S. Judge James K. Bredar to the Maryland federal bench. I have been told that the allegations recounted in my November 28, 2014 criminal complaint to both Maryland U.S senators and U.S. DOJ are true.

3. Further, because of the alleged stranglehold by Judge Motz on the Maryland federal court and his politicizing of same, systemically, over a long period of time, no witness who has personal knowledge of these allegations is going to put their name forward until there is some sort of congressional or DOJ investigation because they are in fear of career-ending retribution, as they have all so stated to me.

Pursuant to 28 U.S.C. 1746, I declare under the penalty of perjury that the above is true and correct.

_____
William C. Bond

January 8, 2015
Date